Case 4:18-cv-00085-ALM    Document 3    Filed 02/05/18    Page 1 of 26 PageID #: 65

CAUSE NO. 471 00150 2018

| | | |
|---|---|---|
| **TREVOR BODINE** | § | IN THE DISTRICT COURT |
| | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **471** JUDICIAL DISTRICT |
| | § | |
| **WELLS FARGO BANK, N.A. and** | § | |
| **JOHN DOE** | § | |
| | § | |
| *Defendants.* | § | COLLIN COUNTY, TEXAS |



## PLAINTIFF'S VERIFIED ORIGINAL PETITION AND APPLICATION FOR TEMPORARY RESTRAINING ORDER AND TEMPORARY INJUNCTION

Plaintiff Trevor Bodine ("Plaintiff") files this Original Petition and Application for Temporary Restraining Order and Temporary Injunction against Defendants Wells Fargo Bank, N.A. ("Wells Fargo") and John Doe (collectively "Defendants"). In support thereof, Plaintiff respectfully shows the Court the following:

### I.    DISCOVERY LEVEL AND RULE 47 STATEMENT

1.    Plaintiff pleads for discovery under Level 2, pursuant to TEXAS RULE OF CIVIL PROCEDURE 190.4. Plaintiff seeks damages in an amount within the jurisdictional limits of this Court. More specifically, Plaintiff seeks monetary relief over $200,000 but less than $1,000,000.

### II.    PARTIES

2.    Plaintiff is **Trevor Bodine** is an individual residing in Collin County, Texas.

3.      Defendant, **Wells Fargo Bank, N.A.** is a national banking company that may be served by and through its registered agent, Corporation Service Company d/b/a CSC Lawyers Incorporating Service Company, at 211 E. 7th St. Suite 620, Austin, Texas 78701.

4.      Defendant, **John Doe** is an individual of a county unknown to Plaintiff at this time. No service of process is necessary at this time. When Defendant's true identity and county of residence is determined through discovery in this lawsuit, this Petition shall be amended accordingly.

### III.   JURISDICTION AND VENUE

5.      This Court has jurisdiction over the subject matter herein as the amount in controversy is within the jurisdictional limits of the Court.

6.      Venue is proper in Collin County, Texas pursuant to §15.002(a)(1) of the TEXAS CIVIL PRACTICES & REMEDIES CODE, as this is the county in which all or a substantial part of the events or omissions giving rise to the claim occurred.

### IV.   STATEMENT OF FACTS

7.      In late 2017, early 2018, Plaintiff was in the process of purchasing and closing on a new home. As part of that process, Plaintiff was in contact with his escrow officer at Sendera Title concerning the logistics of the closing, including the procedure to wire funds to the title company handling the closing of the home prior to closing.

8.      On or about January 2, 2018, Plaintiff received an email from what appeared to be his escrow officer with wiring instructions to a Wells Fargo account

in the name of Sendera Title. A true and correct copy of the email and wiring instructions Plaintiff received is attached hereto as **Exhibit A**, and is incorporated herein by reference as if verbatim. The escrow agent at Sendera Title never sent an email to Plaintiff requesting that he wire funds. Rather, John Doe, a person unknown to Plaintiff at this time, sent a "spoof email" pretending to be the escrow agent at Sendera Title.

9.      Plaintiff, believing the wiring instructions were from his escrow agent, took the email and wiring instructions to his local Bank of America bank, which completed the wire transfer to the Wells Fargo account in the total amount of $167,748.57 (the "Transferred Funds"). A true and correct copy of the above-described funds transfer request is attached hereto as **Exhibit B,** and is incorporated herein by reference as if verbatim.

10.      On or about January 3, 2018, Plaintiff received a telephone call from his bank stating that Wells Fargo had received the wire transfer, but that the Transferred Funds had been frozen and placed on hold by Wells Fargo's fraud department. Specifically, Plaintiff learned that the account which he wired the Transferred Funds was not set up in the name of Sendera Title, but to a different individual or entity, which flagged Wells Fargo's fraud alerts in place.

11.      Plaintiff immediately contacted his escrow officer who advised that she had not sent any email with wiring instructions to Plaintiff, and that such email was fraudulent. It was at this time that Plaintiff learned he had been duped by

John Doe into wiring almost $170,000 in funds to an unknown account to an unknown person.

12.    Bank of America placed a recall request for the Transferred Funds, citing fraud to Wells Fargo. A true and correct copy of the recall request is attached hereto as **Exhibit C,** and is incorporated herein by reference as if verbatim. Despite such request by Bank of America and again by Plaintiff through his undersigned counsel, Wells Fargo has failed and refused to return any of the Transferred Funds to Plaintiff.

13.    Further, through communications with Wells Fargo, it appears that it has released a portion of the Transferred Funds to its customer. Despite repeated request, Wells Fargo refuses to provide Plaintiff with any information regarding the identity of its customer or the dollar amount of the Transferred Funds released to him or her. Further, Wells Fargo refuses to make any assurances that it will not release any of the Transferred Funds to its customer.

14.    Due to Defendants wrongful actions, Plaintiff asks the Court to immediately enjoin Wells Fargo from dispersing the remainder of the Transferred Funds to its customer.

## V.    CAUSES OF ACTION

15.    The factual allegations set forth in the foregoing paragraphs are incorporated herein by reference for all purposes:

### COUNT 1 – MONEY HAD AND RECEIVED (AGAINST WELLS FARGO)

16.     Wells Fargo holds money that, in equity and good conscience, belongs to Plaintiff.

17.     Plaintiff seeks liquidated damages in the amount of at least $167,748.57, which is within the jurisdictional limits of this Court.

COUNT 2 – TEXAS THEFT LIABILITY ACT (AGAINST JOHN DOE)

18.     Plaintiff brings this action under the Texas Theft Liability Act for John Doe's misappropriation of the Transferred Funds under TEXAS PENAL CODE section 31.03.

19.     Plaintiff was entitled to possession of the Transferred Funds.

20.     John Doe unlawfully appropriated the Transferred Funds in violation of the TEXAS PENAL CODE.

21.     John Doe's unlawful appropriation was made with the intent to deprive Plaintiff of the Transferred Funds.

22.     John Doe's wrongful conduct caused injury to Plaintiff, which resulted in damages in the amount of at least $170,000.00.

23.     Upon proof of actual damages, Plaintiff is entitled to additional statutory damages up to $1,000.00 from John Doe under TEXAS CIVIL PRACTICE & REMEDIES CODE section 134.005(a)(1).

## VI.    REQUEST FOR DISCLOSURE

24.     With the filing of this Original Petition, Application for Temporary Restraining Order, Temporary Injunction, and Permanent Injunction, Plaintiff makes a request for disclosure to Defendants pursuant to TEX. R. CIV. P. 194.

## VII.   APPLICATION FOR TEMPORARY RESTRAINING ORDER, TEMPORARY INJUNCTION AND PERMANENT INJUNCTION

25.   The factual allegations set forth in the foregoing paragraphs are incorporated herein by reference for all purposes as if set forth in full:

26.   Plaintiff's Application for Temporary Restraining Order and Temporary Injunction is authorized by TEXAS CIVIL PRACTICE & REMEDIES CODE section 65.011(2), (3), and (5).

27.   An injunction may be granted if the applicant is entitled to the relief demanded and all or part of the relief requires the restraint of some act prejudicial to the applicant. Further, pursuant to section 65.011 of the TEXAS CIVIL PRACTICE & REMEDIES CODE, Plaintiff would be entitled to a writ of injunction under the principals of equity.

28.   Plaintiff is likely to suffer permanent and irreparable harm if an injunction is not entered. There is no other adequate remedy at law and Plaintiff seeks the equitable intervention of this Court.

29.   For the reasons stated in this petition, Plaintiff requests the Court issue a Temporary Restraining Order and Temporary Injunction enjoining the conduct outlined in the preceding paragraphs.

30.   **Conduct to be Restrained.** In order to preserve the status quo pending the final trial on the merits of this case, Plaintiff asks this Court to issue a Temporary Restraining Order and Temporary Injunction to restrain and enjoin Wells Fargo, its agents, attorneys, servants, representatives, affiliates, entities, successors, and assigns, and any and all other persons and entities under their

control and/or direction, or acting in active concert and participation with Wells Fargo, from engaging in any of the following:

    a.    Transferring, assigning, or dispersing the Transferred Funds to John Doe or any other individual or entity, other than Plaintiff.

    b.    Using, or otherwise dissipating, in any manner, the Transferred Funds.

31.    **Plaintiff is Likely to Succeed on the Merits.** Plaintiff has a probable right to relief upon final hearing. In particular, Plaintiff will present evidence establishing that Plaintiff's transfer of funds to Wells Fargo was procured by the fraud of John Doe.

32.    **Harm to Plaintiff is Imminent and Irreparable.** Harm to Plaintiff is imminent and irreparable. Plaintiff is aware that Wells Fargo has already dispersed a portion of the Transferred Funds to John Doe. Wells Fargo's conduct is ongoing, and has caused and will continue to cause irreparable harm to Plaintiff. The damage to Plaintiff is immeasurable. Moreover, so long as Wells Fargo's conduct of retaining possession of the Transferred Funds and not communicating/disclosing to Plaintiff information regarding the identify of John Doe and the dollar amount of the Transferred Funds dispersed to John Doe continues, it will be impossible to identify the extent of the harm to Plaintiff and quantify Plaintiff's damages.

33.    **No Adequate Remedy at Law.** In the absence of injunctive relief, Plaintiff has no adequate remedy at law. It is essential that the Court immediately restrain Wells Fargo from continuing the conduct described herein. Plaintiff is

willing to post a bond in connection with any temporary injunction, if required by the Court, in accordance with TEXAS RULE OF CIVIL PROCEDURE 684.

34.     Trial courts have held there is not an "adequate" remedy at law, and therefore entitlement to a temporary injunction for funds not be expended, as the subject funds would be reduced, pending final hearing, so that they would not be available in their entirety, in the interim, for purposes for which they were delivered. *See Group Joint Venture v. SPF Joint Venture*, 765 S.W.2d 901, 904 (Tex. App.—Austin 1989, writ dism'd).

35.     **Hearing.** In compliance with the TEXAS RULE OF CIVIL PROCEDURE, Plaintiff is entitled to a hearing providing the relief requested above to give him an opportunity to be heard by the Court. Plaintiff requests that the Court set a hearing to consider whether temporary injunctive relief should be granted pending a trial on the merits.

## VIII. ATTORNEYS FEES

36.     As a result of John Doe's conduct as hereinabove described, Plaintiff has been compelled to hire the undersigned attorney to represent him and to protect his interest in this action. Consequently, Plaintiff is entitled to recover his reasonable and necessary attorney fees from John Doe under TEXAS CIVIL PRACTICE & REMEDIES CODE section 134.005(b).

## VIII.  CONDITIONS PRECEDENT

37.    All conditions precedent to Plaintiff's right to bring the above causes of action, and for recovery requested herein, have been performed or otherwise already occurred.

## IX.    EXEMPLARY DAMAGES

38.    Plaintiff is entitled to exemplary damages for Defendants' intentional conduct, and because such acts were committed with that level of mental culpability for which Texas law allows a jury to impose punitive damages, and Plaintiff seeks an award of such damages.

## XI.  PRAYER

39.    **WHEREFORE, PREMISES CONSIDERED**, Plaintiff requests Defendants be cited to appear and answer, and that upon final hearing, Plaintiff have the following:

    (1)    A Temporary Restraining Order and Temporary Injunction be issued enjoining Wells Fargo, its respective agents, servants, entities and employees from the conduct described herein;

    (2)    Plaintiff be granted judgment against Defendants and damages within the jurisdictional limits of this Court;

    (3)    Plaintiff be granted judgment against Defendants for exemplary damages within the jurisdictional limits of this Court;

(4)     Plaintiff be granted statutory damages against John Doe arising from John Doe's violations of the TEXAS THEFT LIABILITY ACT in the amount of $1,000.00;

(5)     Plaintiff be granted judgment against Defendant John Doe for reasonable and necessary attorneys' fees;

(6)     Plaintiff be granted judgment against Defendants for all costs of suit, prejudgment and post-judgment interest; and

(7)     Plaintiff be granted such other relief, at law or in equity, as is just and proper.

Respectfully submitted,

SCHEEF & STONE, L.L.P.

*/s/ T. Chase Garrett*

**T. Chase Garrett**
State Bar No. 24069764
chase.garrett@solidcounsel.com
2600 Network Blvd., Suite 400
Frisco, Texas 75034
(214) 472-2126 Telephone
(214) 472-2150 Telecopier

***ATTORNEY FOR PLAINTIFF***

## LOCAL RULE 2.02 CERTIFICATE

Irreparable harm is likely imminent and there is insufficient time to notify the Defendants of Plaintiff's Application for Temporary Restraining Order.

/s/ *T. Chase Garrett*

T. Chase Garrett

## VERIFICATION

STATE OF TEXAS          §
                        §
COUNTY OF COLLIN        §



Before me, the undersigned Notary Public, on this day personally appeared Trevor Bodine, who, after being duly sworn, stated under oath that he is the Plaintiff in this action, that he has read the Plaintiff's Verified Original Petition and Application for Temporary Restraining Order and Temporary Injunction (the "Application"), that he is authorized to make this verification and apply for injunctive relief and that every statement of fact contained in the Application is within his personal knowledge and is true and correct.

_____
Trevor Bodine

**SUBSCRIBED AND SWORN TO BEFORE ME** on the _10_ day of January, 2018, to certify which witness my hand and official seal.

_____
**Notary Public for the State of Texas**

1/3/2018                                    Gmail - Re: 2860 Creek View Court, TX

**M Gmail**                                                    Trevor Bodine <trevor.bodine@gmail.com>

**Re: 2860 Creek View Court, TX**
24 messages

Gay Burk <gay.burk@senderetitle.com>                              Fri, Dec 29, 2017 at 12:43 PM
Reply-To: Gay Burk <gay.burk@senderetitle.com>
To: trevor.bodine@gmail.com
Cc: courtney.bodine@gmail.com

Trevor/Courtney,

We're in receipt of all closing docs and this file has been scheduled to close on the 4th and we're to have all closing funds sent in via wire transfer prior to closing. Please let me know when it's convenient for you to transfer funds so I can provide you with the correct wire instructions to do so to avoid delay in closing.

Please Advise

Thank you.

PLEASE NOTE - WE WILL BE CLOSED MONDAY, JANUARY 1, 2018.

Gay Burk

Escrow Officer

12400 Preston Road, Suite 120

Frisco, TX 75033

Phone 972-232-7200

Fax    972-232-7201

GBurk@SenderaTitle.com

Website:www.senderatitle.com

This message and the documents attached to it, if any, are intended only for the use of the addressee and may contain information that is PRIVILEGED and CONFIDENTIAL, and/or may contain ATTORNEY WORK PRODUCT. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please delete all electronic copies of this message and its attachments, if any, destroy any hard copies you may have created and notify me immediately.

Trevor Bodine <trevor.bodine@gmail.com>                            Fri, Dec 29, 2017 at 3:34 PM
To: Gay Burk <gay.burk@senderetitle.com>

Hi Gay,

Thank you for making plans to come up for the closing next week. I am working that day and will only have between 12-1.

We have received the disclosures and signed and returned them to our lender.

I can do the wire transfer whenever you are ready.

Please let me know if there is anything you need from us at this time.

Trevor P. Bodine
C: 972.741.6782
[Quoted text hidden]

Gay Burk <gay.burk@senderetitle.com>                               Fri, Dec 29, 2017 at 3:53 PM
Reply-To: Gay Burk <gay.burk@senderetitle.com>
To: Trevor Bodine <trevor.bodine@gmail.com>

Trevor/Courtney,

Will you be able to make it to your bank today to initiate the transfer? As we will be closed for thew 1st of Jan and wont like to experience any form of delay in closing.

Please Advise if you can make payment today so I can send out to you the wiring instructions.

Thank you.

PLEASE NOTE - WE WILL BE CLOSED MONDAY, JANUARY 1, 2018.

Gay Burk

Escrow Officer

12400 Preston Road, Suite 120

Frisco, TX 75033

https://mail.google.com/mail/u/0/?ui=2&ik=0f9233321 3&jsver=JQC-YKmliAi4.en.&view=pt&cat=Creekview%20Home&search=cat&th=160bd55cca6efb2f&siml...     1/10

# EXHIBIT A                                              Page 13

1/3/2018 — Gmail - Re: 2860 Creek View Court, TX

Phone 972-232-7200

Fax   972-232-7201

GBurk@SenderaTitle.com

Website:www.senderatitle.com

This message and the documents attached to it, if any, are intended only for the use of the addressee and may contain information that is PRIVILEGED and CONFIDENTIAL, and/or may contain ATTORNEY WORK PRODUCT. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please delete all electronic copies of this message and its attachments, if any, destroy any hard copies you may have created and notify me immediately.

[Quoted text hidden]

Trevor Bodine <trevor.bodine@gmail.com>
To: Gay Burk <gay.burk@senderatitle.com>                                    Fri, Dec 29, 2017 at 3:59 PM

I will not be able to make it before close today. I thought we could do it mobile?

Trevor P. Bodine
C: 972.741.6282
[Quoted text hidden]

Trevor Bodine <trevor.bodine@gmail.com>
To: Gay Burk <gay.burk@senderatitle.com>                                    Fri, Dec 29, 2017 at 4:00 PM

Can we wait until Jan 2?

Trevor P. Bodine
C: 972.741.6282
[Quoted text hidden]

Gay Burk <gay.burk@senderatitle.com>
Reply-To: Gay Burk <gay.burk@senderatitle.com>                              Fri, Dec 29, 2017 at 4:31 PM
To: Trevor Bodine <trevor.bodine@gmail.com>

Trevor/Courtney,

        Not a problem, instructions would be sent to you first thing on the 2nd.

Thank you,

### PLEASE NOTE - WE WILL BE CLOSED MONDAY, JANUARY 1, 2018.

Gay Burk

Escrow Officer

12400 Preston Road, Suite 120

Frisco, TX 75033

Phone 972-232-7200

Fax   972-232-7201

GBurk@SenderaTitle.com

Website:www.senderatitle.com

This message and the documents attached to it, if any, are intended only for the use of the addressee and may contain information that is PRIVILEGED and CONFIDENTIAL, and/or may contain ATTORNEY WORK PRODUCT. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please delete all electronic copies of this message and its attachments, if any, destroy any hard copies you may have created and notify me immediately.

[Quoted text hidden]

Gay Burk <gay.burk@senderatitle.com>
Reply-To: Gay Burk <gay.burk@senderatitle.com>                              Tue, Jan 2, 2018 at 7:25 AM
To: Trevor Bodine <trevor.bodine@gmail.com>

Trevor,
        Happy New year, i hope you had a  well enjoyed Holiday. please kindly let us know when you will be able to make payment so as to provide you with the wiring instructions where funds are to be transferred to so as to enable us have a productive and successful closing on the 4th.

Thanks

### PLEASE NOTE - WE WILL BE CLOSED MONDAY, JANUARY 1, 2018.

Gay Burk
Escrow Officer

https://mail.google.com/mail/u/0/?ui=2&ik=0f92333213&jsver=1QCYKnliAi4.en.&view=pt&cat=Creekview%20Home&search=cat&th=160bd55cca6efb2f&siml...   2/10

1/3/2018                                    Gmail - Re: 2860 Creek View Court, TX



**12400 Preston Road, Suite 120**
**Frisco, TX 75033**
**Phone 972-232-7200**
**Fax     972-232-7201**
**GBurk@SenderaTitle.com**
**Website:www.senderatitle.com**

This message and the documents attached to it, if any, are intended only for the use of the addressee and may contain information that is PRIVILEGED and CONFIDENTIAL, and/or may contain ATTORNEY WORK PRODUCT. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please delete all electronic copies of this message and its attachments, if any, destroy any hard copies you may have created and notify me immediately.
[Quoted text hidden]

---

Trevor Bodine <trevor.bodine@gmail.com>                                                    Tue, Jan 2, 2018 at 8:38 AM
To: Gay Burk <gay.burk@senderatitle.com>

Hi Gay,

I am ready to make the payment. Just let me know what we need to do.

Thanks

Trevor P. Bodine
C: 972.741.6282

On Jan 2, 2018, at 7:25 AM, Gay Burk <gay.burk@senderatitle.com> wrote:

   Trevor,
            Happy New year, I hope you had a  well enjoyed Holiday. please kindly let us know when you will be able to make payment so as to provide you
   with the wiring instructions where funds are to be transferred to so as to enable us have a productive and successful closing on the 4th.

   Thanks

                           PLEASE NOTE - WE WILL BE CLOSED MONDAY, JANUARY 1, 2018.

   **Gay Burk**
   **Escrow Officer**
   **<image.png>**
   [Quoted text hidden]

---

Gay Burk <gay.burk@senderatitle.com>                                                      Tue, Jan 2, 2018 at 8:47 AM
Reply-To: Gay Burk <gay.burk@senderatitle.com>
To: Trevor Bodine <trevor.bodine@gmail.com>

Trevor,
            I believe you are able to make it to your bank now to initiate the transfer correct ?

Thanks

                           PLEASE NOTE - WE WILL BE CLOSED MONDAY, JANUARY 1, 2018.

**Gay Burk**
**Escrow Officer**
**12400 Preston Road, Suite 120**
**Frisco, TX 75033**
**Phone 972-232-7200**
**Fax     972-232-7201**
**GBurk@SenderaTitle.com**
**Website:www.senderatitle.com**
This message and the documents attached to it, if any, are intended only for the use of the addressee and may contain information that is PRIVILEGED and CONFIDENTIAL, and/or may contain ATTORNEY WORK PRODUCT. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please delete all electronic copies of this message and its attachments, if any, destroy any hard copies you may have created and notify me immediately.

[Quoted text hidden]

---

Trevor Bodine <trevor.bodine@gmail.com>                                                    Tue, Jan 2, 2018 at 9:01 AM
To: Gay Burk <gay.burk@senderatitle.com>

Yes ma'am, I can be there in 5 minutes

Trevor P. Bodine
C: 972.741.6282
[Quoted text hidden]

---

Gay Burk <gay.burk@senderatitle.com>                                                      Tue, Jan 2, 2018 at 9:05 AM

https://mail.google.com/mail/u/0/?ui=2&ik=0f92333213&jsver=1QCYKmliAi4.en..&view=pt&cat=Creekview%20Home&search=cat&:h  160bd55cca6efb2f&siml...      3/10

1/3/2018                                    Gmail - Re: 2860 Creek View Court, TX

Reply-To: Gay Burk <gay.burk@senderatitle.com>
To: Trevor Bodine <trevor.bodine@gmail.com>

Trevor,

    Attached is the wiring instruction where funds are to be sent to, Please confirm receipt

Thanks

### PLEASE NOTE - WE WILL BE CLOSED MONDAY, JANUARY 1, 2018.

**Gay Burk**
**Escrow Officer**

12400 Preston Road, Suite 120
Frisco, TX 75033
Phone 972-232-7200
Fax    972-232-7201
GBurk@SenderaTitle.com
Website:www.senderatitle.com

This message and the documents attached to it, if any, are intended only for the use of the addressee and may contain information that is PRIVILEGED and CONFIDENTIAL, and/or may contain ATTORNEY WORK PRODUCT. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please delete all electronic copies of this message and its attachments, if any, destroy any hard copies you may have created and notify me immediately.

[Quoted text hidden]

📎 *Wl_-_Frisco_(1)- Trevor.pdf*
   282K

---

Trevor Bodine <trevor.bodine@gmail.com>                                    Tue, Jan 2, 2018 at 9:10 AM
To: Gay Burk <gay.burk@senderatitle.com>

Got it. Down payment amount or full closing costs?

Trevor P. Bodine
C: 972.741.6282

On Jan 2, 2018, at 9:05 AM, Gay Burk <gay.burk@senderatitle.com> wrote:

Trevor,

    Attached is the wiring instruction where funds are to be sent to, Please confirm receipt.

Thanks

### PLEASE NOTE - WE WILL BE CLOSED MONDAY, JANUARY 1, 2018.

**Gay Burk**
**Escrow Officer**
**<image.png>**
[Quoted text hidden]

<Wl_-_Frisco_(1)- Trevor.pdf>

---

Gay Burk <gay.burk@senderatitle.com>                                    Tue, Jan 2, 2018 at 9:21 AM
Reply-To: Gay Burk <gay.burk@senderatitle.com>
To: Trevor Bodine <trevor.bodine@gmail.com>

Trevor,

    You are making the payment for the Cash to Close in the amount of $167,748.57. Got it ?

Thanks

### PLEASE NOTE - WE WILL BE CLOSED MONDAY, JANUARY 1, 2018.

**Gay Burk**
**Escrow Officer**

12400 Preston Road, Suite 120
Frisco, TX 75033
Phone 972-232-7200

https://mail.google.com/mail/u/0/?ui=2&ik=0f92333213&jsver=1QCYKmliAi4.en.&view=pt&cat=Creekview%20Home&search=cat&th=160bd55ceafefb2f&siml...   4/10

1/3/2018                                        Gmail - Re: 2860 Creek View Court, TX

Fax    972-232-7201
GBurk@SenderaTitle.com
Website:www.senderattitle.com

This message and the documents attached to it, if any, are intended only for the use of the addressee and may contain information that is PRIVILEGED and
CONFIDENTIAL, and/or may contain ATTORNEY WORK PRODUCT. If you are not the intended recipient, you are hereby notified that any dissemination of this
communication is strictly prohibited. If you have received this communication in error, please delete all electronic copies of this message and its attachments, if any,
destroy any hard copies you may have created and notify me immediately.
[Quoted text hidden]

---

Trevor Bodine <trevor.bodine@gmail.com>                                                     Tue, Jan 2, 2018 at 9:27 AM
To: Gay Burk <gay.burk@senderetitle.com>

Got it.

Trevor P. Bodine
C: 972.741.6282

On Jan 2, 2018, at 9:21 AM, Gay Burk <gay.burk@senderetitle.com> wrote:

> Trevor,
>        You are making the payment for the Cash to Close in the amount of  $167,748.57. Got it ?
>
> Thanks
>
>              PLEASE NOTE - WE WILL BE CLOSED MONDAY, JANUARY 1, 2018.
>
> Gay Burk
> Escrow Officer
> <image.png>
> [Quoted text hidden]

---

Gay Burk <gay.burk@senderetitle.com>                                                        Tue, Jan 2, 2018 at 9:35 AM
Reply-To: Gay Burk <gay.burk@senderetitle.com>
To: Trevor Bodine <trevor.bodine@gmail.com>

Trevor,

        When will wire be sent ?

Thanks

              PLEASE NOTE - WE WILL BE CLOSED MONDAY, JANUARY 1, 2018.

Gay Burk
Escrow Officer
12400 Preston Road, Suite 120
Frisco, TX 75033
Phone 972-232-7200
Fax    972-232-7201
GBurk@SenderaTitle.com
Website:www.senderattitle.com
This message and the documents attached to it, if any, are intended only for the use of the addressee and may contain information that is PRIVILEGED and
CONFIDENTIAL, and/or may contain ATTORNEY WORK PRODUCT. If you are not the intended recipient, you are hereby notified that any dissemination of this
communication is strictly prohibited. If you have received this communication in error, please delete all electronic copies of this message and its attachments, if any,
destroy any hard copies you may have created and notify me immediately.
[Quoted text hidden]

---

Trevor Bodine <trevor.bodine@gmail.com>                                                     Tue, Jan 2, 2018 at 9:42 AM
To: Gay Burk <gay.burk@senderetitle.com>

Sending it now.

Trevor P. Bodine
C: 972.741.6282
[Quoted text hidden]

---

Gay Burk <gay.burk@senderetitle.com>                                                        Tue, Jan 2, 2018 at 9:46 AM
Reply-To: Gay Burk <gay.burk@senderetitle.com>
To: Trevor Bodine <trevor.bodine@gmail.com>

Kindly send me the confirmation receipt/slip on here once done.

Thanks

              PLEASE NOTE - WE WILL BE CLOSED MONDAY, JANUARY 1, 2018.

Gay Burk

https://mail.google.com/mail/u/0?ui=2&ik=0f9233321f3&jsver=1QCYKmliAi4.en.&view=pt&cat=Creekview%20Home&search=cat&th=160bd55cea6efb2f&siml...    5/10

1/3/2018            Gmail - Re: 2860 Creek View Court, TX

**Escrow Officer**
12400 Preston Road, Suite 120
Frisco, TX 75033
Phone 972-232-7200
Fax    972-232-7201
GBurk@SenderaTitle.com
Website:www.senderatitle.com
This message and the documents attached to it, if any, are intended only for the use of the addressee and may contain information that is PRIVILEGED and
CONFIDENTIAL, and/or may contain ATTORNEY WORK PRODUCT. If you are not the intended recipient, you are hereby notified that any dissemination of this
communication is strictly prohibited. If you have received this communication in error, please delete all electronic copies of this message and its attachments, if any,
destroy any hard copies you may have created and notify me immediately.
[Quoted text hidden]

Trevor Bodine <trevor.bodine@gmail.com>
To: Gay Burk <gay.burk@senderatitle.com>

Gay,

Please find the FTRA confirmation form attached below.

## Bank of America

### Customer Information

Name:     TREVOR BODINE

Phone:        -6282

### Account Information

Account:

Account Title:     TREVOR P BODINE C
BODINE

Requestor Name:

### Wire Information

Wire Type:        DOMESTIC

Country:         US

Currency of Recipient

Account:         USD

**Page 18**

Source:                     IN PERSON

ID Verification

ID Type:                    DRIVER'S LICENSE (W

ID Type:                    BANK OF AMERICA DE

| Recipient Information | |
| --- | --- |
| Recipient Name: | SENDERA TITLE |
| Account Number Type: | ACCOUNT NUMBER |
| Account Number: | 2201 |
| Address: | FRISCO TEXAS 75033 US |

Information about
payment:

Purpose of Payment:         SERVICES

Additional Reference
Information:

## Customer Approval

I authorize Bank of America to transfer my funds as
such transfer of funds is subject to the Bank of Ame
foreign currency wire transfer, I accept the conversi

For a Consumer International wire: We rely on you,
Recipient Account') so that we may disclose the exc
currency of the account, we will honor your choice,

provide required disclosures, you must remain in the

receiving the RTR, we will cancel the international re

Customer Signature _____

| For Bank Use Only: Wire Initiation/Financial Ce | |
|---|---|
| Financial Center Name | PARKWAY |
| Company # / Cost Center #: | 00099 0005 |
| Initiating Associate Name: | WATSON, |
| Indicate Method of Signature Verification (if appl | |

Trevor P. Bodine

https://mail.google.com/mail/u/0/?ui=2&ik=0f92333213&jsver=1QCYKmliAi4.en.&view=pt&cat=Creekview%20Home&search=cat&th=160bd55cca6efb2f&siml...   9/10

1/3/2018                Gmail - Re: 2860 Creek View Court, TX

C: 972.741.6282
[Quoted text hidden]

---

Gay Burk <gay.burk@senderetitle.com>             Tue, Jan 2, 2018 at 10:08 AM
Reply-To: Gay Burk <gay.burk@senderetitle.com>
To: Trevor Bodine <trevor.bodine@gmail.com>

Trevor,

     I received the attachment. Hope to see you on the 4th for a successful closing.

Thanks

### PLEASE NOTE - WE WILL BE CLOSED MONDAY, JANUARY 1, 2018.

**Gay Burk**

**Escrow Officer**
12400 Preston Road, Suite 120
Frisco, TX 76033
Phone 972-232-7200
Fax     972-232-7201
GBurk@SenderaTitle.com
Website:www.senderatitle.com
This message and the documents attached to it, if any, are intended only for the use of the addressee and may contain information that is PRIVILEGED and
CONFIDENTIAL, and/or may contain ATTORNEY WORK PRODUCT. If you are not the intended recipient, you are hereby notified that any dissemination of this
communication is strictly prohibited. If you have received this communication in error, please delete all electronic copies of this message and its attachments, it any,
destroy any hard copies you may have created and notify me immediately.
[Quoted text hidden]

---

Trevor Bodine <trevor.bodine@gmail.com>            Tue, Jan 2, 2018 at 10:22 AM
To: Gay Burk <gay.burk@senderetitle.com>

Great. See you Thursday.

Trevor P. Bodine
C: 972.741.6282
[Quoted text hidden]

---

Trevor Bodine <trevor.bodine@gmail.com>            Tue, Jan 2, 2018 at 2:02 PM
To: Gay Burk <gay.burk@senderetitle.com>
Cc: Courtney Bodine <courtney.bodine@gmail.com>, Ericka Hardin <hardinfive@gmail.com>

Hi Gay,

Just confirming that you have received the wire and that we are setup for closing on Thursday Jan 4 at 12pm.

Thanks,
Trevor
[Quoted text hidden]

---

Gay Burk <gay.burk@senderetitle.com>             Tue, Jan 2, 2018 at 2:15 PM
Reply-To: Gay Burk <gay.burk@senderetitle.com>
To: Trevor Bodine <trevor.bodine@gmail.com>

Yes it has been received and we are good to close for the 4th

[Quoted text hidden]

---

Gay Burk <gay.burk@senderetitle.com>             Tue, Jan 2, 2018 at 3:09 PM
Reply-To: Gay Burk <gay.burk@senderetitle.com>
To: Trevor Bodine <trevor.bodine@gmail.com>
Cc: Ericka Hardin <hardinfive@gmail.com>, Courtney Bodine <courtney.bodine@gmail.com>

We are all settled to close for the 4th.

Thanks

### PLEASE NOTE - WE WILL BE CLOSED MONDAY, JANUARY 1, 2018.

**Gay Burk**

**Escrow Officer**

12400 Preston Road, Suite 120
Frisco, TX 76033
Phone 972-232-7200
Fax     972-232-7201
GBurk@SenderaTitle.com
Website:www.senderatitle.com
This message and the documents attached to it, if any, are intended only for the use of the addressee and may contain information that is PRIVILEGED and
CONFIDENTIAL, and/or may contain ATTORNEY WORK PRODUCT. If you are not the intended recipient, you are hereby notified that any dissemination of this
communication is strictly prohibited. If you have received this communication in error, please delete all electronic copies of this message and its attachments, it any,
destroy any hard copies you may have created and notify me immediately.

https://mail.google.com/mail/u/0/?ui=2&ik=0f92333213&jsver=1QCYKmliAi4.en.&view=pt&cat=Creekview%20Home&search=cat&th=160bd55cca6efb2f&siml...    9/10

1/3/2018                                              Gmail - Re: 2860 Creek View Court, TX

Trevor Bodine <trevor.bodine@gmail.com>                                          Wed, Jan 3, 2018 at 12:43 PM
To: hardinfive@gmail.com

Here is the email thread. She claims the emails weren't from her and that we were hacked essentially.

Trevor P. Bodine
C: 972.741.0282

Begin forwarded message:

> From: Gay Burk <gay.burk@senderelille.com>
> Date: January 2, 2018 at 3:09:36 PM CST
> To: Trevor Bodine <trevor.bodine@gmail.com>
> Cc: Ericka Hardin <hardinfive@gmail.com>, Courtney Bodine <courtney.bodine@gmail.com>
> Subject: Re: 2860 Creek View Court, TX
> Reply-To: Gay Burk <gay.burk@senderelille.com>

[Quoted text hidden]

# SENDERA TITLE

12400 Preston Road, Ste 120
Frisco, TX 75033
Phone 972- 232-7200
Fax # 972.232.7201

---

### WIRING INSTRUCTIONS

---

Bank:       Wells Fargo Bank
            1233 SE TER
            Pompano Beach, FL 33060

ABA#:       **121000248**

Credit:     Silver Star Title, LLC dba Sendera Title

Account #:  **193-527-2201**

Borrower:   **Trevor Bodine & Courtney Bodine**

Property:   **2860 Creek View Ct, Prosper, TX 75078**

## Bank of America

Funds Transfer Request Authorization (FTRA)

### Customer Information

| | | | |
|---|---|---|---|
| Name: | TREVOR BODINE | Address: | 1060 HARVEST HILL DR |
| Phone: | 5282 | | PROSPER |
| | | | TX 750789162 US |

### Account Information

| | |
|---|---|
| Account: | |
| Account Title: | TREVOR P BODINE COURTNEY L BODINE |

Requestor Name:

### Wire Information

| | | | |
|---|---|---|---|
| Wire Type: | DOMESTIC | Wire Date: | 01/02/2018 |
| Country: | US | Wire Amount (USD): | 167,748.57 |
| Currency of Recipient Account: | USD | Wire Fee: | 30.00 |
| Source: | IN PERSON | | |
| ID Verification | | | |
| ID Type: | DRIVER'S LICENSE (WITH PHOTO) FROM | | |
| ID Type: | BANK OF AMERICA DEBIT CARD, ATM CAR | | |

### Recipient Information

| | | | |
|---|---|---|---|
| Recipient Name: | SENDERA TITLE | Bank Name: | WELLS FARGO BANK NATIONAL ASSOCIATION |
| Account Number Type: | ACCOUNT NUMBER | Bank ID: | |
| Account Number: | | Address: | 1000 LOUISIANA ST, TUNNEL LVL |
| Address: | FRISCO | | HOUSTON |
| | TEXAS 75033 US | | TX 77002 US |
| Information about payment: | | | |
| Purpose of Payment: | SERVICES | Additional Phone Advice: | |
| Additional Reference Information: | | Additional Bank Instructions: | BORR TREVOR COURTNEY BODINE 2860 CREEK VIEW CT PROSPER |

### Customer Approval

I authorize Bank of America to transfer my funds as set forth in the instructions herein (including debiting my account if applicable), and agree that such transfer of funds is subject to the Bank of America standard transfer agreement (see disclosure pages of this form) and applicable fees. If this is a foreign currency wire transfer, I accept the conversion rate provided by Bank of America at the time the wire is sent.

For a Consumer international wire: We rely on you, the customer, to inform us of the currency of the receiving account (denoted under 'Currency of Recipient Account') so that we may disclose the exchange rate for conversion in the wire process. If you chose to send USD rather than the foreign currency of the account, we will honor your choice, however, we will not be able to provide exchange rate information. Additionally, so that we may provide required disclosures, you must remain in the financial center until we provide you the Remittance Transfer Receipt (RTR). If you leave prior to receiving the RTR, we will cancel the international remittance transfer.

Customer Signature _____ Date of Request ___/___/___

### For Bank Use Only: Wire Initiation/Financial Center Information

| | | | |
|---|---|---|---|
| Financial Center Name | PARKWAY TOWN CENTER | Date: | January 2, 2018 |
| Company # / Cost Center #: | | Phone #: | 214-872-4474 |
| Initiating Associate Name: | WATSON, BYRON | Remittance ID #: | |
| Indicate Method of Signature Verification (if applicable): | | Sig Card ___ Bus. Resolution ___ Posted Check # | |

# EXHIBIT B

Page 24

is a Remittance Transfer, except that in the case of an inconsistency between New York law and EFTA, EFTA shall govern. With respect to payment orders issued executed through SWIFT, the SWIFT operating rules shall govern the payment orders.

6. You are hereby notified that in the event that you provide an incorrect account number or institutional identifying number, and we are not able to recover the funds, you may lose the amount of the payment order.

7. Except with respect to Remittance Transfers, the Bank may at its option accept your cancellations or amendments to a payment order. You acknowledge that if the Bank attempts to cancel or amend then the reversal request or amendment must be agreed to by each financial institution which has accepted a payment order related to the funds transfer at issue before it will be acted upon and further agree that the Bank shall have no liability if a cancellation or amendment is not effected. You agree that you shall indemnify and hold the Bank and offices, directors, employees, and representatives harmless from and against any and all claims, demands, losses, liabilities and expenses, including attorneys' fees and costs, resulting directly or indirectly from compliance with your cancellation or amendment request.

### RECALLING AN INTERNATIONAL WIRE TRANSFER

Once an international wire transfer has been sent it cannot be cancelled. You may request an international wire transfer be recalled, and we will communicate your request to the beneficiary's bank. If the beneficiary's bank agrees to return the funds to us, then upon confirmation of receipt of funds in our accounts, we will credit your account at the current Bank of America buy rate for the currency that day. Please note that the exchange rate will be different from the original rate applied to the outgoing wire, which may result in a loss to you. Furthermore, the foreign bank may assess charges for their services, which will be deducted from the amount returned to you. We will have no liability to you if the foreign bank or foreign beneficiary refuses your request to recall the international wire transfer.

### RETURNED WIRES

If an international wire transfer is returned by the receiving bank for no fault of ours, we will credit your account at the current Bank of America retail buy rate for that currency that day. Please note that the exchange rate will be different from the original rate applied to the outgoing wire, which may result in a loss to you. Furthermore, the foreign bank may assess charges for their services, which will be deducted from the amount returned to you.

8. In the event that the Bank shall be liable to you for interest compensation hereunder or under applicable law, interest shall be calculated on the basis of the average Federal Funds rate at the Federal Reserve Bank of Richmond for each day of the period involved computed on the basis of a 360-day year and shall be remitted by (1) direct payment to you, or (2) providing a balance earnings credit to your account with us.

9. The Bank will use best efforts to provide oral, written or electronic notice to you of rejection of a payment order on the execution date of the order; provided, however, that the Bank shall not be liable to you for interest compensation for its failure to give such notice.

10. If you are sending a wire transfer to a bank account that is not denominated in U.S. Dollars ("Non-USD Account"), we recommend and we may require that you convert your payment into the currency of the Non-USD Account ("Local Currency") and send your wire transfer in Local Currency. If you send U.S. Dollars to a Non-USD Account, your payment may be converted into Local Currency by an intermediary bank or the receiving bank (and we may receive compensation in connection with any such conversion). We are not responsible for the exchange rate applied by any intermediary bank or the receiving bank.

11. Rates. The exchange rate that Bank of America will offer you is determined by Bank of America based upon market conditions. Please note that exchange rates for retail transactions are not the same as exchange rates for inter-bank transactions reported in The Wall Street Journal or elsewhere. Exchange rates offered by other dealers, or shown at other sources (including online sources) may be different from Bank of America's rates. We do not accept any liability if our rates are different from rates offered or reported by third parties, or offered by us at a different time, at a different location, for a different transaction amount, or involving a different payment media (banknotes, check, wire transfer, etc.).

Non Real-time Rates. If we assign a currency exchange rate to your transaction, such exchange rate will be determined by us based upon market conditions. We consider many factors in setting our exchange rates, including without limitations exchanges rates charged by other parties, desired rates of return, market risk and credit risk. You acknowledge that exchange rates for retail and commercial transactions, and for transactions effected after regular business hours and on weekends, are different from the exchange rates for large inter-bank transactions effected during the business day, as reported in the Wall Street Journal or elsewhere. Exchange rates offered by other dealers, or shown at other sources (including online sources) may be different from our rates. We do not accept any liability if our rates are different from rates offered or reported by third parties, or offered by us at a different time, at a different location, for a different transaction amount, or involving a different payment media (banknotes, check, wire transfer, etc).

```
BFTTBFT1                        0 BFT
BFT1         CO    99 OP NBK5 V7F                     18/01/03 13.33.05
                   WIRE ADMINISTRATIVE MESSAGE ENTRY

BFT SEQUENCE #:                    OR WT/TRN #
TRAN TYPE:    OUTB OTHER INITED WIRE   MSG OPTION:  CANCELLATION
INITIATION DATE: ·1/02/2018            VALUE DATE:             STATE:  MO
ACCT TYPE:    D (D=DDA,G=G/L,I=ICA,S=SAV)   ACCT #:
ACCT TITLE:   COURTNEY L BODINE
FX/USD IND:   U   (F=FX, U=USD)        CURRENCY CODE: USD
EXACT AMOUNT:           167,748.57     OR APPROX AMT:
ERROR CAUSED BY BANK (Y/N)? N

TEXT MESSAGE: CLIENT INFORMED US THAT THIS IS FRAUD.  THEY WERE CLOSING ON
              THEIR HOUSE AND RECEIVED AN EMAIL FROM THE TITLE CO WITH WIRE
              INSTRUCTIONS; HOWEVER, IT WAS NOT THE ACTUAL TITLE CO.  VERIFIED
              WITH WELLS THAT IT IS FRAUD.  REQUEST TO RETURN WIRE.



PRINT SCREEN. SEQ#            IFY BY 19:00 01/03/2018

PF4=MAIN MENU PF8=CURR CODES PF9=CANCEL PF12=CONTINUE
```

Per. Appr. –
WF Manager of Wire Transfer Dept.

# EXHIBIT C

Page 26