IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TREVOR BODINE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Civil Action 4:18cv85 |
| WELLS FARGO BANK, N.A. | § | Judge Mazzant |
| | § | |
| Defendant. | § | |

**FINAL DEFAULT JUDGMENT AGAINST THIRD-PARTY DEFENDANTS
ANGELES ANGULO, INDIVIDUALLY,
AND ANGELES PREMIER TRADES, INC.**

Plaintiff Trevor Bodine, ("Bodine"), having filed his *Second Amended Complaint And Original Cross-Claim* against Defendants Angeles Premier Trades, Inc. ("APT") and Angeles Angulo ("Angulo" and collectively the "Angulo Defendants"), and the Clerk having entered Default against the Angulo Defendants, and the Court having considered Plaintiff's Motion and Supplement to Motion for Final Default Judgment (Dkts. #41, #42), the Court finds and decrees as follows.

I.

The Court has subject matter jurisdiction over this lawsuit and personal jurisdiction over each of the Angulo Defendants.

II.

Judgment is hereby entered in favor of Bodine as follows:

1) Bodine shall recover the principal amount of $88,279.03 from Angulo and APT, jointly and severally, together with pre-judgment interest in the amount allowable by law.

2) Statutory damages against Angulo and APT, jointly and severally, in the amount of $1,000.00 arising from their violation of TEXAS THEFT LIABILITY ACT;

3) Attorney's fees in the amount of $20,957; and

4) Post-judgment interest from the date of this judgment at the rate of 2.56%.

III.

The Court further FINDS and DECLARES that Plaintiff is the rightful owner of and entitled to possession of the funds interpleaded by Defendant Wells Fargo, in the amount of $79,469.54.  The clerk is ordered to remit the interpleaded funds to Plaintiff Trevor Bodine, through a check or otherwise, mailed to Plaintiff's counsel of record, T. Chase Garrett at 2601 Network Blvd., Suite 102, Frisco, Texas 75034.

IV.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain exclusive jurisdiction of this action for all purposes, including for purposes of entertaining any suitable application or motion by the Plaintiff for additional relief within the jurisdiction of this Court.

III.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Final Judgment may be served upon each of the Angulo Defendants, in person or by mail either by the United States Marshal, the Clerk of the Court, or the Plaintiff.

IV.

There being no just reason for delay, the Clerk of this Court is hereby directed to enter this Final Judgment pursuant to Rule 54 of the Federal Rules of Civil Procedure.

**SIGNED this 13th day of February, 2019.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE